AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>GARRETT THOMAS PUGH<br><br>*Defendant(s)* | Case No. 3:23-mj-00063 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 23, 2022__ in the county of __Louisa__ in the __Western__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1470 | transfer of obscene material to minors |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

/s/ Charles J. Moloney III
*Complainant's signature*

Charles J. Moloney III, Special Agent
*Printed name and title*

Received by reliable electronic means and sworn and attested to by telephone.

Date: 10/5/23

*Judge's signature*

City and state: Charlottesville, Virginia

Joel C. Hoppe, United States Magistrate Judge
*Printed name and title*